**Stan LABER, Plaintiff–Appellant,**

v.

**Francis J. HARVEY, Secretary of the Army, Defendant–Appellee.**

No. 06–1082.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 17, 2006.

Stan Laber, Appellant Pro Se.

Ralph Andrew Price, Jr., Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stan Laber appeals the district court's order dismissing his suit for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Laber v. Harvey*, No. 1:05–cv–00803–CMH (E.D.Va. Nov. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*